IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 03:19-mj-00424-DMS |
| Plaintiff, | |
| vs. | |
| JESSICA HANNAH, | |
| Defendant. | |

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND WARRANT FOR ARREST

1. On or about September 27, 2019, JESSICA HANNAH, the defendant herein, did knowingly and intentionally attempt to possess with intent to distribute controlled substances in the District of Alaska. All in violation of Title 21, United States Code 841(a)(1). And the complaint further states:

2. I have been a Special Agent with the Coast Guard Investigative Service since January, 2005. My duties and responsibilities include executing and serving federal warrants and subpoenas, making arrests, and investigating violations of federal law. As a Coast Guard Investigative Service Special Agent I have participated in a wide array of criminal investigations to include violent crimes and drug-related crimes, including 21 U.S. Code § 841(a)(1).

SEP 3 0 2019

3. This affidavit is made in support of a complaint charging that JESSICA HANNAH did knowingly and intentionally attempt to possess with intent to distribute controlled substances. All in violation of Title 21, United States Code 841(a) (1).

4. I make this affidavit based upon personal knowledge and discussion with law enforcement personnel from Homeland Security Investigations, Federal Bureau of Investigation, Coast Guard Investigative Service, and others that participated in this investigation. Because this affidavit is being submitted for the limited purpose of supporting the charges contained in the complaint, I have not set forth each and every fact known to me regarding this matter.

5. For the reason contained herein, I have probable cause to believe JESSICA HANNAH knowingly and willfully possessed with intent to distribute controlled substances. All in violation of Title 21, United States Code 841(a) (1).

6. On Friday, September 27, 2019, at the DeConcini Port of Entry (POE) in Nogales, Arizona, JESSICA HANNAH, a United States citizen, presented herself for entry into the United States. When questioned on the purpose of her trip, JESSICA HANNAH stated to Customs and Border Protection (referred to hereafter as "CBP") Officers she had travelled from Anchorage, Alaska to Nogales, Sonora to see a dentist, and was now travelling to Phoenix, AZ.

7. JESSICA HANNAH was referred to secondary for an irregular travel itinerary and officer experience with previous narcotics smugglers from Alaska. During secondary inspection by CBP Officers, needle marks were observed on JESSICA

HANNAH's arms and a search of her bags identified drug paraphernalia. Inspection of JESSICA HANNAH continued and CBP Officers conducted a pat-down search of JESSICA HANNAH which revealed small bags inside of her bra. After conducting field testing of the contents located inside of the bags, it was determined the small bags contained approximately one gram of suspected methamphetamine and 2.8 grams of suspected heroin. Additionally, during this inspection, JESSICA HANNAH removed an oval shaped package from her vagina. The oval shaped package weighed 261.9 grams and field-tested presumptive positive for the properties of heroin.

8. Following the discovery of the aforementioned narcotics, in a post-Miranda interview, JESSICA HANNAH admitted to knowingly smuggling heroin into the United States. JESSICA HANNAH claimed she owed $15,000 to drug dealers and was smuggling to reduce the debt. JESSICA HANNAH said she had a plane ticket to fly to Anchorage, Alaska on Saturday, September 28, 2019 with the heroin. JESSICA HANNAH believed the heroin would be distributed unlawfully in the Anchorage, Alaska area. JESSICA HANNAH admitted to having smuggled and transported narcotics similarly in the past but declined to say how often, for how long, or the specific amount she would be compensated.

9. Based upon the foregoing information, I have probable cause to believe that JESSICA HANNAH knowingly and willfully attempted to possess with intent to distribute controlled substances, in the District of Alaska. All in violation of Title 21, United States Code 841(a) (1).

Dated this 30th day of September, 2019

_____
Adam Carron,
Special Agent
Coast Guard Investigative Service


Search warrant and affidavit sworn to before me and subscribed in my presence on this 30th day of September, 2019.

_____
United States Magistrate Judge